IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN CLYDE THOMPSON,

        Plaintiff,                         No. CIV S-08-0246 GEB GGH P

    vs.

TOMMY FELKER,

        Defendant.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis

        Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form.  Plaintiff's failure to

1

1 comply with this order will result in a recommendation that this action be dismissed without
2 prejudice.
3         2. The Clerk of the Court is directed to send plaintiff a new Application to
4 Proceed In Forma Pauperis By a Prisoner.
5 DATED: 04/18/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

thomp246.ifp