IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOHN CLYDE THOMPSON,** | CASE NO.: 2:08-cv-0246 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **TOMMY FELKER,** | |
| Defendant. | |

Good cause having been shown, Defendant is granted an additional forty-five days, to and including November 6, 2008, to file their initial responsive pleading.

IT IS SO ORDERED.

Dated: 09/23/08            /s/ Gregory G. Hollows
                           United States Magistrate Judge

thom0246.eot

[Proposed] Order

1