IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN CLYDE THOMPSON, | ) | Civil No. 2:08-0246 SOM-LEK |
| | ) | (PC) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TOMMY FELKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING DEFENDANT'S FIRST
REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Good cause having been shown, Defendant is granted an additional thirty days, to and including April 7, 2010, to file the dispositive motion in this matter.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 10, 2010.


      /S/ Leslie E. Kobayashi
     Leslie E. Kobayashi
     United States Magistrate Judge